

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,920-01

**EX PARTE JEFFERY JAY SOLIZ, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR08003884-B(1) IN THE 117TH DISTRICT COURT FROM NUECES COUNTY

*Per curiam.*

### O R D E R

Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant failed to verify the application. This Court dismissed it for non-compliance as the trial court recommended. Before the dismissal, Applicant filed an amended habeas application in the trial court that corrected the verification defect; the amended application was later forwarded to this Court. Because Applicant corrected the compliance issue before final disposition of the habeas application in this Court, the application should not be dismissed as non-complaint. Rather, as the trial court recommends, habeas relief should be denied.

This Court reopens this habeas proceeding on this Court's own motion. This Court agrees with the trial court. Applicant fails to show entitlement to habeas relief. This Court's prior disposition dismissing Applicant's habeas application for non-compliance is set-aside. Applicant's application for a writ of habeas corpus is denied on findings of the trial court without a hearing and on this Court's independent review of the record.

Filed: November 18, 2020
Do not publish